UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE M. STANLEY,<br><br>                             Plaintiff,<br><br>           -against-<br><br>AAM15 RESIDENCE INN BY MARRIOTT YONKERS,<br><br>                             Defendant. | 22-CV-6711 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. On August 22, 2022, the Court received a letter from Plaintiff requesting the dismissal of this action without prejudice. (ECF 4.) The Court grants Plaintiff's request. This action is voluntarily dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

The action is voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a). This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

No judgment shall be entered in this matter.

SO ORDERED.

Dated:  August 29, 2022
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                                  LAURA TAYLOR SWAIN
                                                          Chief United States District Judge